UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| MARI MEGAN FRY, | ) Case No. 17-11971-R |
| | ) Chapter 7 |
| Debtor. | ) |

## FORMER TRUSTEE REPORT IN RESIGNED CASE

The Former Interim Chapter 7 Trustee of the above-captioned case, submits a report in accordance with the order as follows:

1. No receipts or disbursements were made by the Former Interim Chapter 7 Trustee.

2. The Former Interim Trustee did not receive any records of the Debtor(s) or property of the Estate.

3. The Former Interim Chapter 7 Trustee did not incur any administrative expenses.

WHEREFORE, Trustee prays that this report be approved, and that she be discharged from any further duties as Trustee.

Dated October 13, 2017.

RIGGS, ABNEY, NEAL,
TURPEN, ORBISON & LEWIS

s/KAREN CARDEN WALSH

Karen Carden Walsh      OBA No. 14690
502 West 6th Street
Tulsa, Oklahoma    74119-1010
(918) 587-3161
Fax (918) 587-9708

ATTORNEYS FOR FORMER INTERIM
CHAPTER 7 TRUSTEE