## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| **MARI MEGAN FRY,** | ) | **Case No. 17-11971-R** |
| | ) | **Chapter 7** |
| Debtor. | ) | |

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF PAPERS

Take notice that pursuant to 1109(b) of the United States Bankruptcy Code and Rules 2002 and 9010(b) of the Bankruptcy Rules, the undersigned requests that copies of all notices given or required to be given in this case and copies of all papers served or required to be served in this case be given to and served upon the following:

Scott P. Kirtley, Esquire
Riggs, Abney, Neal, Turpen,
Orbison & Lewis
502 West 6th Street
Tulsa, Oklahoma  74119-1016
Telephone:  (918) 587-3161,

As attorney for RCB Bank, a creditor herein.

RIGGS, ABNEY, NEAL, TURPEN,
ORBISON & LEWIS

Scott P. Kirtley, OBA #11388
502 West Sixth Street
Tulsa, Oklahoma 74119-1016
Telephone: (918) 587-3161
Facsimile: (918) 587-9708
E-mail:  skirtley @riggsabney.com
*Attorney for Creditor, RCB Bank*

### Certificate of Service

I, Scott P. Kirtley, do hereby certify that on the 17th day of October, 2017, an electronically filed copy of the above and foregoing instrument was electronically served upon all parties registered with CM/ECF.

Scott P. Kirtley