```
                        United States Bankruptcy Court
                         Northern District of Oklahoma
In re:                                                       Case No. 17-11971-R
Mari Megan Fry                                               Chapter 7
         Debtor
                            CERTIFICATE OF NOTICE
District/off: 1085-4          User: admin              Page 1 of 2          Date Rcvd: Jan 11, 2018
                              Form ID: 318             Total Noticed: 36
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 13, 2018.
```
db              Mari Megan Fry,    7600 S. Norwood Ave.,    Tulsa, OK  74136
smg            ++OKLAHOMA TAX COMMISSION,    GENERAL COUNSEL S OFFICE,    100 N BROADWAY AVE SUITE 1500,
                 OKLAHOMA CITY OK 73102-8601
                (address filed with court:   Oklahoma Tax Commission,    120 N. Robinson - Suite 2000W,
                 Oklahoma City, OK  73102-7801)
smg             +Tulsa County Treasurer,    500 S. Denver,    Suite 323,    Tulsa, OK 74103-3840
cr              +AmeriCredit Financial Services, Inc., dba GM Finan,    P.O. Box 182673,
                 Arlington, TX 76096-2673
2659264         +Acct Mgmt Resources Ll,    726 West Sheridan Ave,    Oklahoma City, OK 73102-2412
2659267         +Auto Solutions,    c/o Emily Coughlin,    119 N. Robinson, Ste. 1000,
                 Oklahoma City, OK 73102-4614
2659271         +Cac Financial Corp,    2601 Nw Expwy,    Oklahoma City, OK 73112-7236
2659273         +Central States Recover,    1314 N Main,    Hutchinson, KS 67501-4002
2659274         +Charles Williams,    c/o Kim Baze, Esq.,    108 E Main St.,    Norman, OK 73069-1301
2659275         +Cleveland Area Hospital,    1401 West Pawnee,    Cleveland, OK 74020-3019
2659276         +Coughlin, Emily, Esq.,    119 N. Robinson, Ste. 1000,    Oklahoma City, OK 73102-4614
2659279          Diagnostic Imaging Assoc,    POB 973038,    Dallas, TX 75397-3038
2659280         +Equinox Collection Ser,    10159 E 11th St Ste 500,    Tulsa, OK 74128-3079
2659284         +Jeff Fry,    10171 State Hwy 99,    Hominy, OK 74035-6674
2659285         +Kim Baze, Esq.,    108 E. Main St.,    Norman, OK 73069-1301
2659286         +Oklahoma Christian Uni,    P.o. Box 815459,    Dallas, TX 75381-5459
2659287          Oklahoma Natural Gas,    Dept 401,    Oklahoma City, OK 73101
2659288        ++RCB BANK ATTN SPECIAL ASSETS,    300 W PATTI PAGE BLVD,    CLAREMORE OK 74017-8039
                (address filed with court:   RCB Bank,    300 W Pattipage,    Claremore, OK 74017)
2659289         +Tab Services,    Pob 60566,    Oklahoma City, OK 73146-0566
2659290         +The Best Service Co/ca,    6700 S. Centinela Ave.,    Culver City, CA 90230-6304
2659291         +The Greens Country Club LLC,    c/o Bruce Klein,    222 N W 13th,    Oklahoma City, OK 73103-3703
2659292         +Walter Lawn Service,    1634 S. Ash Pl.,    Broken Arrow, OK 74012-5401
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: bankruptcy@oesc.state.ok.us Jan 12 2018 00:33:59      Oklahoma Empl. Sec. Comm.,
                 PO Box 53039,    Oklahoma City, OK  73152-3039
2659263         +E-mail/Text: bankruptcy@rentacenter.com Jan 12 2018 00:33:55      Acceptance Now,
                 5501 Headquarters Dr,    Plano, TX 75024-5837
2659265         +E-mail/Text: aacbankruptcynotice@affiliated.org Jan 12 2018 00:33:50      Affiliated,
                 Po Box 790001,    Sunrise Beach, MO 65079-9001
2659266         +E-mail/Text: lisac@americancollectionservices.com Jan 12 2018 00:34:04
                 American Collection Se,    3100 Sw 59th St,    Oklahoma City, OK 73119-6416
2659268         +E-mail/Text: client-services@robinsonhoover.com Jan 12 2018 00:33:52      Bank of Oklahoma,
                 c/o Robinson & Hoover,    119 N. Robinson, Ste. 1000,    Oklahoma City, OK 73102-4614
2659269         +E-mail/Text: bknotices@bankofthewest.com Jan 12 2018 00:33:48      Bank of the West,
                 421 E. Main St,    Cushing, OK 74023-2645
2659270         +E-mail/Text: compliance@berlinwheeler.com Jan 12 2018 00:33:46      Berlin Wheeler Inc,
                 Pob 479,    Topeka, KS 66601-0479
2659272          EDI: CAPITALONE.COM Jan 12 2018 00:28:00      Capital One,    15000 Capital One Dr,
                 Richmond, VA 23238
2659277          E-mail/Text: CCICollectionsGlobalForms@cox.com Jan 12 2018 00:33:52
                 Cox Communications Tulsa,    POB 248876,    Oklahoma City, OK 73124-8876
2659278         +E-mail/Text: CSIBKR@CREDITSYSTEMSINTL.COM Jan 12 2018 00:33:54      Credit Systems Intl In,
                 1277 Country Club Ln,    Fort Worth, TX 76112-2304
2659281         +EDI: AMINFOFP.COM Jan 12 2018 00:28:00      First Premier Bank,    601 S Minnesota Ave,
                 Sioux Falls, SD 57104-4868
2659282         +EDI: PHINAMERI.COM Jan 12 2018 00:28:00      Gm Financial,    Po Box 181145,
                 Arlington, TX 76096-1145
2659283         +EDI: IIC9.COM Jan 12 2018 00:28:00      I C System Inc,    Po Box 64378,
                 Saint Paul, MN 55164-0378
2672306         +EDI: PRA.COM Jan 12 2018 00:28:00      Orion,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    NORFOLK, VA 23541-1021
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 1085-4          User: admin             Page 2 of 2              Date Rcvd: Jan 11, 2018
                              Form ID: 318            Total Noticed: 36

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 11, 2018 at the address(es) listed below:
              Heather A. Buchberger    on behalf of Creditor   AmeriCredit Financial Services, Inc., dba GM
               Financial hbuchberger@mikeloyd.com,  heatherblaw@live.com
              Michelle A. Matthews    on behalf of Debtor Mari Megan Fry michelle@thehansonlawfirm.com,
               matthewsecfiling@aol.com
              Office of the United States Trustee    USTPRegion20.TU.ECF@usdoj.gov
              RCB Bank     skirtley@riggsabney.com
              Scott P. Kirtley    on behalf of Creditor   RCB Bank skirtleyattorney@riggsabney.com,
               skirtleydocs@riggsabney.com
              Steven W. Soule    on behalf of Trustee Steven W. Soule souletrustee@hallestill.com,
               ssoule@hallestill.com,ssoule@ecf.epiqsystems.com,smccormick@hallestill.com
              Steven W. Soule    souletrustee@hallestill.com,  ssoule@hallestill.com,ssoule@ecf.epiqsystems.com,
               smccormick@hallestill.com
                                                                                             TOTAL: 7
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Mari Megan Fry** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1050 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Northern District of Oklahoma** | | |
| Case number:   **17–11971–R** | | |

## Order of Discharge                                                                                                        12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

   Mari Megan Fry
   aka Mari Megan Hopper

   <u>1/11/18</u>                                                **By the court:**   <u>Dana L. Rasure</u>
                                                                                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**